Williams Kherker Hart Boundas, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: 713-230-2200
Facsimile: 713-643-6226
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 09-1344 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jerome Apfel,<br><br>　　　　　　　　　Plaintiff<br><br>vs.<br><br>Pfizer Inc, Walgreen Co., H.D. Smith Wholesale Drug Co.,<br><br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Jerome Apfel in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42821105.1

only with each side bearing its own attorneys' fees and costs.

DATED: 3̲ ̲9̲, 2010    By: _____

**WILLIAMS KHERKER HART BOUNDAS, L.L.P.**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: 713-230-2200
Facsimile: 713-643-6226

*Attorneys for Plaintiff*

DATED: Mar. 22, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Attorneys for Pfizer Inc*

DATED: _____, 2010    By: _____

**JOHNSON & BELL, LTD.**
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: 312-372-0770
Facsimile: 312-372-9818

*Attorneys for Walgreen Co., H.D. Smith Wholesale Drug Co.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: \_\_\_\_\_, 2010          By:_____

**WILLIAMS KHERKER HART BOUNDAS, L.L.P.**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: 713-230-2200
Facsimile: 713-643-6226

*Attorneys for Plaintiff*

DATED: \_\_\_\_\_, 2010          By:_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Attorneys for Pfizer Inc*

DATED: 2/24, 2010          By:_____

**JOHNSON & BELL, LTD.**
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: 312-372-0770
Facsimile: 312-372-9818

*Attorneys for Walgreen Co., ~~H.D. Smith Wholesale Drug Co.~~*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE